UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DEMITRIOUS MCKNIGHT,**

      **Petitioner,**

  v.

**WARDEN, PICKAWAY CORRECTIONAL INSTITUTION,**

      **Respondent.**

:

:

:

Case No. 2:23-cv-426
Judge Sarah D. Morrison
Magistrate Judge Peter B. Silvain, Jr.

## ORDER

On February 2, 2023, the Magistrate Judge issued a Report and Recommendation recommending that Petitioner Demitrious McKnight's Motion for Leave to Proceed *in Forma Pauperis* (ECF No. 1) be denied. (ECF No. 2.) Although the parties were advised of the right to file objections to the Magistrate Judge's Report and Recommendation, and of the consequences of failing to do so, no objections have been filed. The Report and Recommendation is **ADOPTED** and **AFFIRMED**. For the reasons set forth therein, Mr. McKnight's Motion (ECF No. 1) is **DENIED**. Mr. McKnight is **ORDERED** to pay the filing fee **within thirty days** in order to proceed in this action.

    **IT IS SO ORDERED.**

                                  /s/ Sarah D. Morrison
                                  **SARAH D. MORRISON**
                                  **UNITED STATES DISTRICT JUDGE**